Jeffrey A. Kobulnick – Bar No. 228299
Mark D. Brutzkus – Bar No. 128102
Michael A. Bernet – Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Email:     jkobulnick@bg.law
           mbrutzkus@bg.law
           mbernet@bg.law

Attorneys for Plaintiff,
LIGHTS OUT HOLDINGS, LLC

Steven M. Berman – Bar No. 256846
SHUMAKER, LOOP & KENDRICK LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33601
Telephone: (813) 229-7600
Facsimile:  (813) 229-1660
Email:     sberman@slk-law.com

Attorneys for Defendants,
LIGHTS OUT APPAREL, LLC,
JACOB LAWSON, and ZACHARY KOSOJET

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIGHTS OUT HOLDINGS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIGHTS OUT APPAREL, LLC, a Maryland limited liability company; JACOB LAWSON and ZACHARY KOSOJET, individuals d/b/a LIGHTS OUT BILLIARDS APPAREL; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:16-cv-02195-JAH-NLS<br><br>**JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Hon. John A. Houston<br>Courtroom: 13B<br><br>Action filed: August 30, 2016<br>Trial Date: None Assigned |

**JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN TO THIS HONORABLE COURT AS FOLLOWS:**

**WHEREAS,** Plaintiff, LIGHTS OUT HOLDINGS, LLC ("Plaintiff"), and Defendants LIGHTS OUT APPAREL, LLC, JACOB LAWSON, and ZACHARY KOSOJET (collectively, "Defendants") have reached a resolution of all claims in this action;

**THE PARTIES HEREBY JOINTLY MOVE** for an order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action in its entirety, without prejudice, that all Parties bear their own fees and costs, and that this Court retain jurisdiction as may be needed to enforce the terms of a settlement agreement entered into by the Parties. It is further stipulated that there is no prevailing party in this action.

Respectfully submitted,

Dated: September 13, 2017     BRUTZKUS GUBNER

By: /s/ Jeffrey A. Kobulnick
    Jeffrey A. Kobulnick
    Mark D. Brutzkus
    Michael A. Bernet
Attorneys for Plaintiff
LIGHTS OUT HOLDINGS, LLC
E-mail: jkobulnick@bg.law
E-mail: mbrutzkus@bg.law
E-mail: mbernet@bg.law

Dated:  September 13, 2017     SHUMAKER, LOOP & KENDRICK, LLP

By: /s/ Steven M. Berman
    Steven M. Berman
Attorneys for Defendants,
LIGHTS OUT APPAREL, LLC, JACOB LAWSON, and ZACHARY KOSOJET
E-mail: sberman@slk-law.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Steven M. Berman, the attorney for Defendants LIGHTS OUT APPAREL, LLC, JACOB LAWSON, and ZACHARY KOSOJET, and that I obtained Mr. Berman's authorization to affix his signature to this document.

Respectfully submitted,

Dated:  September 13, 2017                    BRUTZKUS GUBNER

By: /s/ Jeffrey A. Kobulnick
   Jeffrey A. Kobulnick
   Mark D. Brutzkus
   Michael A. Bernet
Attorneys for Plaintiff
LIGHTS OUT HOLDINGS, LLC
E-mail: jkobulnick@bg.law
E-mail: mbrutzkus@bg.law
E-mail: mbernet@bg.law